Regency Towers, LLC v Udis

2026 NY Slip Op 50569(U)

April 23, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Unclassified

Regency Towers, LLC, Petitioner-Landlord-Appellant,

v

Arline Udis, Respondent-Tenant-Respondent.

Supreme Court, Appellate Term, First Department

Decided on April 23, 2026

570182/26

Present: Brigantti, J.P., Tisch, Alpert, JJ.

Landlord appeals from an order of the Civil Court of the City of New York, New York County (Adam R. Meyers, J.), dated September 28, 2025, which, upon vacating tenant's default and granting leave to file an answer, granted her motion for summary judgment dismissing a nonpayment summary proceeding.

[*1]

Per Curiam.

Order (Adam R. Meyers, J.), dated September 28, 2025, dismissed, without costs, as academic.

Following the dismissal of the underlying nonpayment proceeding, landlord commenced a second nonpayment proceeding, which cured the perceived defect relied upon to dismiss the first proceeding and raised the same claims. As a result, the appeal from the order dismissing the first proceeding has been rendered academic (see Concepcion v Lessel Transp. Corp., 213 AD3d 449, 450 [2023]). Courts are prohibited from rendering advisory opinions and "an appeal will be considered moot unless the rights of the parties will be directly affected by the determination of the appeal and the interest of the parties is an immediate consequence of the judgment" (Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714 [1980]).

All concur.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court

Decision Date: April 23, 2026